# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

J. Christopher Jensen
Direct (212) 790-9204
jcj@cll.com

May 22, 2006

**Via Fax (914) 390-4179**

Hon. Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re: <u>Warner Bros. Records Inc., et al. v. Cassin, 06CV3089 (SCR)</u>

Dear Judge Robinson:

We represent the plaintiffs in the above-referenced matter. I write regarding our deadline to file a joint proposed civil case discovery plan and scheduling order, which is currently May 22, 2006.

To date, plaintiffs have been unable to effectuate service of process on the defendant. Accordingly, we have been unable to prepare a joint proposed civil case discovery plan and scheduling order. Our efforts to serve defendant will continue. Once defendant has been served and she makes an appearance in this action, we will attempt to contact her or her representative in order to discuss the preparation of these documents.

We therefore respectfully request that the <u>Court extend the time to submit the joint proposed scheduling order until after such time as the defendant has been served and has appeared</u>.

Respectfully submitted,

J. Christopher Jensen (JJ-1864)

**APPLICATION GRANTED**

*Stephen C Robinson*

HON. STEPHEN C. ROBINSON
5/23/06

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

JOHN F. KENNEDY INTERNATIONAL AIRPORT OFFICE • JAPAN AIRLINES BUILDING 14, SUITE 11 • (718) 244-6695

25369/446/749426.1